UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN M. BUI,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-06303-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 24), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $9,500.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation. As a result of the Stipulation and this Order, Plaintiff's prior Motion for Attorney's Fees under 28 U.S.C. § 2412(d)  (Dkt. 22) is DENIED as moot.

Dated: April 17, 2025 _____

_/s/ John D. Early_
JOHN D. EARLY
United States Magistrate Judge